IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JACK D. GILBERT, II,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.    5D22-1333
LT Case No. 2015-CF-010582-A-O

_____/

Decision filed December 27, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

Jack D. Gilbert, II, Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.